**FILED**
CLERK, U.S. DISTRICT COURT
May 21, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1  Allen B. Felahy (State Bar No. 190177)
   AFelahy@Felahylaw.com
2  Ashleigh N. Martinez (State Bar No. 272631)
   AMartinez@Felahylaw.com
3  **FELAHY TRIAL LAWYERS, A.P.C.**
   4000 Cover St., Suite 100
4  Long Beach, CA 90808
   Telephone: (562) 499-2121
5  Facsimile:  (562) 499-2124

6
   Attorneys for *Plaintiff*,
7  Vincent Conforte, an individual

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT CONFORTE, an individual, <br><br> Plaintiff, <br> vs. <br><br> WESTAT, INC., a Maryland Corporation, dba WESTAT RESEARCH, INC. and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 2:15-cv-2336-SVW (MRWx) <br> Hon. Stephen V. Wilson <br><br> [PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE <br><br> JS-6 <br><br> Complaint Filed: February 13, 2015 <br> Trial Date: None Set |

26 ///
27 ///
28 ///

1
**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

1  Based on the Stipulation of Dismissal in the above-captioned litigation filed
2  by and through the parties' respective attorneys of record and good cause appearing,
3  the Court orders as follows:
4  The instant action is hereby dismissed with prejudice, with Plaintiff and
5  Defendant each to bear their own attorneys' fees and costs. Additionally, all
6  pending dates, deadlines, appearances and ordered submissions are vacated.

DATED: May  21 , 2015

_____
Hon. Stephen V. Wilson
United States District Court, Central
District of California

2
**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**